

**GERSTMAN SCHWARTZ** LLP
ATTORNEYS AT LAW

September 8, 2020

**VIA ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2020
```

Re:   *Silverman v. Deluxe Building Solutions LLC*, Case No. 1:20-cv-04842-AJN

Dear Judge Nathan:

This firm represents the Plaintiff, Elyse Silverman, in the above-referenced matter. We submit this letter-motion on consent of all parties, pursuant to Your Honor's Individual Practices in Civil Case Rules 1.C and 1.D, to request an adjournment of the Initial Pretrial Conference currently scheduled for September 25, 2020, at 3:00 p.m. This is Plaintiff's first request for an adjournment of the Initial Pretrial Conference. The parties propose October 9, 16, and 23 as alternative dates.

Thank you for Your Honor's prompt attention.

Sincerely,

Randy E. Kleinman

> The Initial Pretrial Conference in this matter is hereby adjourned to October 16, 2020 at 3 p.m.  Counsel should submit their proposed case management plan and joint letter seven days prior to the scheduled conference, as directed in the Court's Notice of Initial Pretrial Conference.  In their joint letter, the parties should also indicate whether they can do without a conference altogether.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.
> SO ORDERED.        9/9/2020

GERSTMANSCHWARTZ.COM

1399 Franklin Avenue, Suite 200, Garden City, N.Y. 11530   OFFICE: 516.880.8170   FAX: 516.880.8171