```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
Elyse Silverman,                                                  :
                                                                  :
                              Plaintiff,                          :     20-cv-4842 (AJN)
                                                                  :
              -v-                                                 :     ORDER
                                                                  :
Deluxe Building Solutions, LLC, et al.,                           :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------:
                                                                  X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/20

ALISON J. NATHAN, United States District Judge:

      On October 9, 2020, the Court directed the parties to re-submit their proposed case management plan after filling out all sections, including ¶ 17.  *See* Dkt. No. 23.  In that memorandum endorsement, the Court also directed counsel for the Defendants to enter an appearance in this matter pursuant to Rule 1.I of this Court's Individual Practices, counsel for the Defendants shall promptly enter an appearance in this matter. As of the date of this Order, the parties have not complied.  The parties are hereby ORDERED to do so by December 18, 2020.  Counsel for Plaintiff shall notify Defendants that they must enter an appearance in this matter by that date.

      SO ORDERED.

Dated: December 14, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge