UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELYSE SILVERMAN,

                Plaintiff,

      - against -

DELUXE BUILDING SOLUTIONS LLC, et al.,

                Defendants.
------------------------------------------------------------X

20-CV-4842 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This matter has been referred to me for general pretrial purposes.

    1. Defense counsel shall file any motion to withdraw by May 13, 2021. Defense counsel shall serve the Defendant with a copy of any such motion papers within 24 hours of filing by both first-class mail and email. Any response to defense counsel's motion to withdraw must be filed by May 27, 2021. If the motion to withdraw is granted, Defendants will have 30 days within which they must appear. Corporate entities must appear by counsel; otherwise they will be subject to default. Any individual defendant who does not appear by counsel must appear pro se. Defense counsel shall serve a copy of this order on his clients by both first-class mail and email within 24 hours of the order's appearance on ECF. Unless and until defense counsel is relieved of counsel, he shall continue to represent the Defendants.

    2. By May 6, 2021, Plaintiff shall file a letter of no more than three pages explaining why, in light of the defendant corporation's bankruptcy proceeding, this case should not be stayed in its entirety, and the basis on which it may proceed solely against the individual defendant while the case is otherwise stayed with respect to the defendant

1

corporate entity. Defendants shall file any responsive letter of no more than three pages by May 13, 2021.

      3. By, May 6, 2021, the parties shall file a joint letter proposing new deadlines for completing discovery in the event the case proceeds against the individual defendant.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 29, 2021
      New York, New York

Copies transmitted this date to all counsel of record.