```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELYSE SILVERMAN,

                       Plaintiff,

         - against -

DELUXE BUILDING SOLUTIONS LLC, et al.,

                      Defendants.
------------------------------------------------------------X

20-CV-4842 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    By July 28, 2021, the parties shall file a joint status report.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2021
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to pro se Defendant Jacob Frydman.

1