UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/21
```

Elyse Silverman,

            Plaintiff,

            –v–

Deluxe Building Solutions, LLC, *et al*.,

            Defendants.

20-cv-4842 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On January 5, 2021, Plaintiff filed a motion for default judgment as to the Defendants. Dkt. No. 27. Since that filing, the case was stayed with respect to Defendant Deluxe Building Solutions, LLC, *see* Dkt. No. 38, and individual Defendant Jacob Frydman has appeared *pro se*. Most recently, Defendant Frydman and Plaintiff jointly filed a status letter regarding discovery and anticipated trial. Dkt. No. 48. Because the case is proceeding against Defendant Frydman who has appeared, the motion with respect to him is denied as moot. The motion with respect to Defendant Deluxe Building Solutions, LLC is stayed pursuant to the bankruptcy stay.

    The Clerk of Court is respectfully ordered to mail a copy of this Order to the *pro se* Defendant and to note that mailing on the docket. This resolves Dkt. No. 27.

    SO ORDERED.

Dated: September 14, 2021
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge