UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/21

Elyse Silverman,

               Plaintiff,

     –v–

Deluxe Building Solutions, LLC, *et al.*,

           Defendants.

20-cv-4842 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Defendant Deluxe Building Solutions, LCC, is hereby ORDERED to provide a status letter update by March 14, 2022, regarding the status of bankruptcy proceedings and indicating whether the bankruptcy stay should remain in place.

Defendant Frydman and Plaintiff are ORDERED to file a joint status letter by October 4, 2021, proposing a briefing schedule for any forthcoming motions for summary judgment and/or proposing a joint pretrial order.

SO ORDERED.

Dated: September 14, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge