UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/21

Elyse Silverman,

            Plaintiff,

–v–

Deluxe Building Solutions, LLC, *et al*.,

           Defendants.

20-cv-4842 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Clerk of Court is respectfully directed to mail a copy of Dkt. No. 51 to the *pro se* Defendant and to note that mailing on the public docket.

    SO ORDERED.

Dated: September 15, 2021
        New York, New York

_____
ALISON J. NATHAN
United States District Judge