UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELYSE SILVERMAN,

                Plaintiff,

         - against -

DELUXE BUILDING SOLUTIONS LLC, et al.,

                Defendants.
------------------------------------------------------------X

20-CV-4842 (AJN) (RWL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of the parties' correspondence regarding Defendant's request to move to compel and for sanctions. (Dkt. 73-74.) No later than February 25, 2021, Defendant shall file with the Court (1) the full video file of each deposition session of Ms. Silverman so that the Court may view them, and (2) the full transcript of Ms. Silverman's depositions in manuscript format. Defendant shall provide courtesy copies for the Court. The Court will hold a hearing at a date and time to be set by my Deputy to discuss the subject matter of the correspondence.

                                                  SO ORDERED.

                                                  _____
                                                  ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: February 14, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to pro se Defendant Jacob Frydman and note service on the docket:

Jacob Frydman
46 Ledgerock Lane
Hyde Park, NY 12538