```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY  FILED            │
│ DOC #:_____          │
│ DATE FILED:_2/14/2022_           │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Elyse Silverman,                          :          20-cv-4842 (AJN) (RWL)

                        Plaintiff,        :

                                          :          **DISCOVERY
        - against -                       :          CONFERENCE ORDER**

                                          :

Deluxe Buildings Solutions LLC, et al.    :

                                          :

                        Defendants.  :

------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**


        ORDER of Hearing: Discovery Conference set for **MARCH 3, 2022,  at 10:00 a.m.**

in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge

Robert W. Lehrburger. Parties are instructed to review and adhere to Judge Lehrburger's

individual rules and practices.  Clerk of Court is respectfully requested to mail a copy of

this order to Pro Se Defendant Jacob  Frydman,  and note service on the docket.



                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE



Dated: February 14, 2022
        New York, New York

Copies transmitted this date to all counsel of record and mailed to:

 Jacob Frydman  (Pro Se Defendant)
 46 Ledgerock Lane
 Hyde Park, NY 12538