UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELYSE SILVERMAN,

                Plaintiff,

        - against -

DELUXE BUILDING SOLUTIONS LLC, et al.,

                Defendants.
-------------------------------------------------------------X

20-CV-4842 (AJN) (RWL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendant Frydman has, for the second time, prematurely filed a motion for sanctions. The Court has granted the request to hold a conference (on March 3, 2022) to discuss the prospective motion but did not grant permission to proceed with filing. Accordingly, the motion at Dkts. 77-78 is denied without prejudice at this time. Plaintiff need not file responding papers unless and until the Court orders otherwise.

                              SO ORDERED.

                              2/18/2022

                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: February 17, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to pro se Defendant Jacob Frydman and note service on the docket:

Jacob Frydman
46 Ledgerock Lane
Hyde Park, NY 12538.