Case 1:20-cv-04842-KPF-RWL Document 83 Filed 05/05/22 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELYSE SILVERMAN,

                    Plaintiff,

        - against -

DELUXE BUILDING SOLUTIONS LLC, et al.,

                    Defendants.
-------------------------------------------------------------X

20-CV-4842 (KPF) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    More than 60 days have elapsed since the case management conference held on March 3, 2022. Accordingly, by May 12, 2022, and every 60 days thereafter, the parties shall jointly file a status report.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to pro se Defendant Jacob Frydman and note service on the docket:

Jacob Frydman
46 Ledgerock Lane
Hyde Park, NY 12538.

1