UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELYSE SILVERMAN,

                              Plaintiff,

              -v.-

DELUXE BUILDING SOLUTIONS
LLC and JACOB FRYDMAN,

                              Defendants.

---

20 Civ. 4842 (KPF) (RWL)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

This case was reassigned from Judge Alison J. Nathan to the undersigned on April 7, 2022.  The case is currently before Magistrate Judge Robert W. Lehrburger for general pretrial purposes.  (*See* Dkt. #66).  By endorsement dated May 13, 2022, Judge Lehrburger ordered that fact discovery be completed by June 17, 2022, and expert discovery, if any, by August 31, 2022.  (Dkt. #85).  In view of the impending close of discovery, the parties are hereby ORDERED to appear for a pretrial conference on **July 14, 2022, at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  On or before **June 7, 2022**, the parties shall file a joint status letter in accordance with the directions contained on page seven of the Court's Civil Case Management Plan and Scheduling Order.[1]

---

[1]    The Order is available on the Court's website and at the following link: https://www.nysd.uscourts.gov/sites/default/files/practice_documents/KPF%20Failla%20Civil%20Case%20Management%20Plan%20and%20Scheduling%20Order%20%28Fillable%202022%29.pdf.

The Clerk of Court is directed to mail a copy of this Order to Defendant

Jacob Frydman, who is proceeding *pro se*, at his address of record.

SO ORDERED.

Dated:   June 3, 2022
         New York, New York

_____
        KATHERINE POLK FAILLA
        United States District Judge